IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY BOATRIGHT and<br>NORMA BOATRIGHT<br>    Plaintiffs,<br><br>v.<br><br>CROZER-KEYSTONE HEALTH SYSTEM;<br>CROZER CHESTER MEDICAL CENTER;<br>SHERRI EICHHOLZ; and,<br>CHRISTINA KRASOWSKI<br>    Defendants. | :<br>:<br>:<br>:   CIVIL ACTION<br>:   NO. 14-7041<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this 23rd day of July, 2015, upon consideration of: Defendants' Partial Motion to Dismiss and Motion to Strike Portions of Plaintiffs' Second Amended Complaint (Doc. No. 15); Plaintiffs' Opposition thereto (Doc. No. 17); and, Defendants' Reply (Doc. No. 20), it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

_____
C. Darnell Jones, II    J.